# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Sheridan, Peter G. | 2. Court or Organization<br><br>U. S. District Court New Jersey | 3. Date of Report<br><br>08/10/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>Clarkson S. Fisher, Jr Courthouse<br>402 East State Street<br>Trenton, NJ 08608 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sheridan, Peter G. | 08/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | VALIC Retirement |
| 2. 2017 | NJ Division of Pensions Retirement |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sheridan, Peter G. | 08/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sheridan, Peter G. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Valic Retirement Stock IndexAccount | E | Int./Div. | M | T | Buy (add'l) | 12/31/17 | K | | |
| 2.  Valic Retirement Fixed Plus Account | D | Int./Div. | M | T | Buy (add'l) | 12/31/17 | J | | |
| 3.  Mercer County Teachers Credit Union Account | A | Interest | J | T | | | | | |
| 4.  Wells Fargo Bank Accounts | A | Interest | L | T | | | | | |
| 5.  Bank of America NA | A | Interest | K | T | | | | | |
| 6.  Blackrock S & P 500 Index Fund Instl NKA Ishares S&P500 | A | Dividend | | | Buy (add'l) | 07/05/17 | J | | |
| 7.  | | | | | Sold | 09/22/17 | J | C | |
| 8.  Blackrock Global Allocation Fund Inc C | A | Dividend | | | Buy (add'l) | 07/05/17 | J | | |
| 9.  | | | | | Sold (part) | 09/22/17 | J | A | |
| 10. | | | | | Sold | 09/22/17 | L | C | |
| 11. First Eagle Global Fund CL C | A | Dividend | J | T | Buy (add'l) | 12/15/17 | J | | |
| 12. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 13. | | | | | Sold (part) | 09/22/17 | L | E | |
| 14. Hartford Mut Fds Inc | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 15. Ishares MSCI EAFE | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 16. Ishares TR Russell 2000 | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 17. Pimco Income Fd CL P | A | Dividend | J | T | Buy | 09/22/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sheridan, Peter G. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. The Oakmark Equity & Income Fd Inv VL | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 19. Vanguard Total Bond Fd | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 20. Vanguard 500 Index Fd | A | Dividend | J | T | Buy | 09/22/17 | K | | |
| 21. Amer Fds AMCAP Fd CL F2 | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 22. Delaware Value Fd Instl CL | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 23. Dreyfus International Equity Fd CL I | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 24. First Eagle Overseas CL I | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 25. Guggenheim Total Return Bd Fd Instl CL | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 26. Guggenheim Floating Rate Strategies Fd Instl CL | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 27. Ishares Russell 1000 Growth | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 28. Ishares Russell 1000 Value | A | Dividend | K | T | Buy | 09/22/17 | J | | |
| 29. Ishares Iboxx $ Invt Grade Corp Bd | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 30. Ishares TIPS Bd ETF | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 31. Ishares TR Russell 2000 | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 32. JP Morgan Equity Inc Fd I | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 33. JP Mogan Midcap Value Fd CL i | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 34. Mainstay High Yield Corp Bd Fd CL I | A | Dividend | J | T | Buy | 09/22/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sheridan, Peter G. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer Developing Markets Fd CL Y | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 36. Pimco Income Fd CL P | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 37. Powershares EM Sovereign Bd USD ETF | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 38. T Rowe Price Blue Chip Growth Fd | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 39. TCW Total Return Bd Fd CL i | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 40. Templeton Emerging Mrkts Sm Cap Fd CL ADV | A | Dividend | J | T | Buy | 09/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sheridan, Peter G. | 08/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section III B item 2
There are no remaining future payments from AXA Equitable. The year 2016 was an initial and final payment.

| Name of Person Reporting | Date of Report |
|---|---|
| Sheridan, Peter G. | 08/10/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter G. Sheridan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544